IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE PEOPLE OF THE STATE OF CALIFORNIA,

          Plaintiff,

    v.

MARTIN R. GUAJARDO, et al.,

          Defendants.

NO. C10-5658 TEH

<u>ORDER OF RECUSAL</u>

    I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action within the meaning of (E)(2) of the Assignment Plan of this Court, request that the case be reassigned.

**IT IS SO ORDERED.**

Dated: 12/22/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT