UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney Dennis J. Herrera,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN R. GUAJARDO; CHRISTOPHER STENDER; IMMIGRATION PRACTICE GROUP, P.C.; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. CV10-5658<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO SHORTEN TIME ON HEARING OF PLAINTIFF'S MOTION FOR REMAND** |

    Plaintiff the People of the State of California (People) and defendants Christopher Stender and Immigration Practice Group (collectively, "the parties"), by and through counsel, hereby stipulate as follows:

The parties, in order to expedite the hearing of a preliminary injunction motion in a Court of competent jurisdiction, have agreed to have the People's Motion for Remand heard on shortened time. The parties stipulate to the following schedule for briefing and hearing of the abovementioned motion:

    Opening Brief:    December 21, 2010

    Opposition Brief:    December 30, 2010

    Reply Brief:    January 4, 2011

    Hearing Date:    January 6, 2011

The parties also agree that Defendants shall file a pleading responsive to the People's complaint no later than January 17, 2011.

For good cause, the parties request that the Court order that the above schedule be entered.

Dated: December 20, 2010

    DENNIS J. HERRERA
    City Attorney

    By:   /S/
    JOSHUA WHITE
    Attorneys for Plaintiff
    THE PEOPLE OF THE STATE OF CALIFORNIA

Dated: December 20, 2010

    ROBERT L. LESLIE
    ALEXANDER BANNON
    McInerney & Dillon, PC

    By:
    ALEXANDER BANNON
    Attorneys for Defendants
    CHRISTOPHER STENDER AND IMMIGRATION PRACTICE GROUP, PC

* The ECF filer attests that the concurrence in the filing of this document has been obtained from this signatory. Civ. L.R. Gen. Order 45 §X(B).

## [PROPOSED] ORDER

For good cause, the Court orders that the People's Motion to Remand be heard according to the schedule above. The Court further orders that Defendants' responsive pleading shall be filed no later than January 17, 2011.

Dated: December 27, 2010.

By: /s/ William Alsup
Hon. William Alsup
United States District Judge